1
2
3
4
5
6                                                          JS-6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| EULER HERMES NORTH AMERICA INSURANCE COMPANY, a Maryland Corporation, | Case No. 2:15-cv-5239-JFW-JC |
| | Honorable John F. Walter |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| ATLANTIS SEAFOOD, LLC, a California Corporation, | |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's March 15, 2016 Order granting the Motion for Summary Judgment of Plaintiff Euler Hermes North America Insurance Company ("Euler Hermes"), Dkt. No. 57,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff Euler Hermes in the in the amount of $3,013,244.32 against Defendant Atlantis Seafood, LLC, which shall take nothing.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff Euler Hermes shall be entitled to (1) pre-judgment interest through March 16, 2016, pursuant to California Civil Code sections 3287 and 3289, in the amount of $313,707.48 and (2) its attorneys' fees in the amount of $105,805.83.

Accordingly, the total amount of the Judgment is $3,432,757.63 as of March 16, 2016.

Dated:  March 17, 2016

JOHN F. WALTER
United States District Court Judge

Submitted by:

HINSHAW & CULBERTSON LLP

By:   /s/ Sandra I. Weishart
      LARRY M. GOLUB
      SANDRA I. WEISHART
      Attorneys for Plaintiff
      Euler Hermes North America Insurance Company

1

[JUDGMENT
Case No. 2:15-cv-5239-JFW-JC
36141033v1 0973222